UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

ABDALLA M. SHAIBI d/b/a STAR DELI GROCERY,

               Plaintiff,

  -against-

UNITED STATES OF AMERICA, et al.,

               Defendants.

-----------------------------------------------------------X

23 -CV- 10813 (DEH) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      By Order of Reference dated December 14, 2023, (ECF 7), Judge Dale E. Ho referred this case to Magistrate Judge Katherine H. Parker for general pretrial supervision, settlement, and dispositive motions. On December 15, 2023, that referral was reassigned to me. All parties are directed to consult my Individual Rules of Practice, available at https://nysd.uscourts.gov/hon-robyn-f-tarnofsky.

      On December 13, 2023, Plaintiff filed its complaint seeking judicial review of an agency decision under 7 U.S.C. § 279.7(a). (*See* ECF 1.) The Clerk of Court issued an electronic summons on December 14, 2023. (*See* ECF 6.) On December 19, 2023, Plaintiff filed an Affirmation of Service. (*See* ECF 8.)

      It is hereby ORDERED that, by **January 25, 2024**, the parties must discuss (1) the timeline for Defendant to produce the record underlying the agency decision being challenged ("Administrative Record"); (2) whether Plaintiff intends to seek disclosure beyond the Administrative Record; and (3) a briefing schedule for any motions the parties contemplate making.

It is further ORDERED that, by **February 12, 2024**, the parties must submit a joint letter (1) reporting whether Plaintiff intends to seek discovery beyond the Administrative Record, (2) proposing a schedule for Defendant's production of the Administrative Record; and (3) proposing a briefing schedule for any motions the parties contemplate making. If Plaintiff intends to seek disclosure beyond the Administrative Record, the parties should fill out the Proposed Case Management Plan and Report of Rule 26(f) Conference, available at https://wp.nysd.uscourts.gov/hon-robyn-f-tarnofsky, and attach it to their joint letter.

DATED: December 19, 2023  
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**  
United States Magistrate Judge