UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

ABDALLA M. SHAIBI d/b/a STAR DELI GROCERY,

          Plaintiff,

  -against-

UNITED STATES OF AMERICA, et al.,

          Defendants.

-----------------------------------------------------------X

23 -CV- 10813 (DEH) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    By Order of Reference dated December 14, 2023, (ECF 7), Judge Dale E. Ho referred this case to Magistrate Judge Katherine H. Parker for general pretrial supervision, settlement, and dispositive motions. On December 15, 2023, that referral was reassigned to me. On December 27, 2023, the parties filed a proposed Stipulation and Order of Settlement to resolve the claims in this case. (*See* ECF 10.)

    It is ORDERED that the parties shall, by January 3, 2024, refile the proposed Stipulation and Order of Settlement with my signature block.

DATED: December 29, 2023
New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge